# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 3:13-cv-285-MMD-VPC |
| ) | |
| v. ) | JUDGMENT OF FORFEITURE |
| ) | |
| $44,001.00 IN UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

A verified Complaint for Forfeiture in Rem was filed on May 30, 2013. The Complaint alleges that the defendant U.S. Currency described in the caption, and all of such U.S. Currency, is property which constitutes proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act (21 USC § 801, et seq.) or constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance or listed chemical in violation of Title II of the Controlled Substances Act and is, therefore, subject to forfeiture to the United States of America pursuant to 21 USC § 881(a)(6).

Process was fully issued in this action and returned according to law.

Pursuant to a Summons and Warrant of Arrest in Rem for the Property issued by this Court on June4, 2013, the United States Marshals Service arrested the defendant property on June 14, 2013.

Appropriate public notice of this forfeiture action and arrest was given to all persons and entities by publication of an appropriate notice via the official internet government forfeiture site, www.forfeiture.gov, compliant with Rule G(4), Supplemental Rules for Admiralty or Maritime Claims

1  and Asset Forfeiture Actions.

2       Statutory notice of this action compliant with Rule G(4), Supplemental Rules for Admiralty
3  or Maritime Claims and Asset Forfeiture Actions, was given to known prospective claimants,
4  including Gurdeep Singh and Arshia Bhatia.

5       No claim, answer, or other responsive pleading has been filed on behalf of any person. Default
6  was entered on July 17, 2013, of the defendant funds, specified individuals and entities, and all other
7  persons or entities who claim an interest in the defendant property.

8       Now, therefore, good cause appearing, it is hereby ORDERED, ADJUDGED, AND
9  DECREED that <u>Judgment</u> be and is entered against the defendant

10         $44,001.00 IN UNITED STATES CURRENCY

11 and against all persons and/or entities, having any interest in such property and that the defendant
12 property be, and the same is, hereby forfeited to the United States of America and no right, title, or
13 interest in the defendant property shall exist in any other party. The defendant property shall be
14 disposed of according to law.

16  Date: __October 31__, 2013

17                                        _____
                                          UNITED STATES DISTRICT JUDGE